ORIGINAL

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  Attorney for Plaintiff

FILED

2007 MAY 31  P 3: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 00349 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 2252(a)(4) - Possession of |
| DAVID MARC GOVANG, | ) Matters Containing Any Visual Depiction |
| | ) Of a Minor Engaging in Sexually Explicit |
| Defendant. | ) Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3)- |
| | ) Criminal Forfeiture |
| | ) |
| | ) SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE (18 U.S.C. § 2252(a)(4))

In or about July of 2006, in the Northern District of California, the defendant

DAVID MARC GOVANG

did knowingly and intentionally possess matter, to wit, images, the visual depictions of which had been mailed or transported in interstate or foreign commerce by any means, including by computer; where the producing of such visual depictions involved the use of one or more minors engaging in sexually explicit conduct and where the visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4).

**INFORMATION**

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

1. The allegations contained in Count One of this Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of the offense alleged in Count One above, the defendant

DAVID MARC GOVANG

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3) all visual depictions described in Title 18, United States Code Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to (1) a black and silver Dragon Soyo Computer Tower, (2) a Samsung Hard Drive S/N 0263J1FNB79480, and (3) the 19 CDR's. that were seized from my residence on July 25, 2006.

Dated: 5/31/07

SCOTT N. SCHOOLS
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _____ )
AUSA Shawna Yen

INFORMATION                     2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILING FILED*
*2007 MAY 31 P 3:28*

### OFFENSE CHARGED
18 USC § 2252(a)(4)- Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; 18 USC §§2253(a)(1) & (a)(3)-Cr Forfeitur

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ DAVID MARC GOVANG

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

**DISTRICT COURT NUMBER**
CR 07 00349 RMW PVT

**PENALTY:**
Ten (10) Years Imprisonment, $250,000 Fine, Life Term Supervised Release, $100 Special Assessment and Registration as a Sex Offender

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation, Wade Luders, Special Agent

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) SHAWNA YEN, AUSA

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
David Govang, c/o Robert Beles, Esq. and Jerry Lipkin, Esq.
The Law Firm of Robert Beles
Ordway Building, #1 Kaiser Plaza, Suite 2300
Oakland, CA 94612

Date/Time: July 5, 2007 at 9:30 a.m.
Before Judge: Hon. Richard Seeborg

Comments: