AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA
V.

David ~~Wade~~ Vang

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 00349

I, _____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 5, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JUL -5 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer