1 | SCOTT N. SCHOOLS (SC 9990)
    United States Attorney

2

    Attorney for Plaintiff

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,        )    No. 07-00349 RMW
                                      )
13 |              Plaintiff,           )    VIOLATIONS:
                                      )
14 |       v.                          )    18 U.S.C. § 2252(a)(4) - Possession of
                                      )    Matters Containing Any Visual Depiction
15 | DAVID WADE GOVANG,               )    Of a Minor Engaging in Sexually Explicit
                                      )    Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3)-
16 |              Defendant.           )    Criminal Forfeiture
                                      )
17 | _____)    SAN JOSE VENUE

18

19                    SUPERSEDING INFORMATION

20 | The United States Attorney charges:

21 | COUNT ONE (18 U.S.C. § 2252(a)(4))

22 |    In or about July of 2006, in the Northern District of California, the defendant

23

24                        DAVID WADE GOVANG

25 | did knowingly and intentionally possess matter, to wit, images, the visual depictions of which

26 | had been mailed or transported in interstate or foreign commerce by any means, including by

27 | computer; where the producing of such visual depictions involved the use of one or more minors

28 | engaging in sexually explicit conduct and where the visual depictions were of such conduct, in

   violation of Title 18, United States Code, Section 2252(a)(4).

**INFORMATION**

| | |
|---|---|
| 1 | <u>FORFEITURE ALLEGATIONS:</u> (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture) |
| 2 | 1. The allegations contained in Count One of this Information are hereby realleged and by |
| 3 | this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, |
| 4 | United States Code, Section 2253. |
| 5 | 2. Upon conviction of the offense alleged in Count One above, the defendant |
| 6 | DAVID WADE GOVANG |
| 7 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) |
| 8 | and (a)(3) all visual depictions described in Title 18, United States Code Section 2252, and all |
| 9 | property, real or personal, used or intended to be used to commit or promote the commission of |
| 10 | the offenses of conviction, including but not limited to (1) a black and silver Dragon Soyo |
| 11 | Computer Tower, (2) a Samsung Hard Drive S/N 0263J1FNB79480, and (3) the 19 CDR's. |
| 12 | that were seized from my residence on July 25, 2006. |

Dated: 7/12/07

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _Shawna Y__)
AUSA Shawna Yen

INFORMATION                 2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(4) - Possession of Matters Containing Any Visual Depictions of a Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3) - Criminal Forfeiture.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years of imprisonment
$250,000 fine
Life term year supervised release
$100 special assessment
Registration as a Sex Offender

**DEFENDANT - U.S.**
▶ DAVID WADE GOVANG

DISTRICT COURT NUMBER
CR 07-00349 RMW

FILED 2007 JUL 13 P 1:55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA., S.J.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Wade Luders-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
SHAWNA YEN

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: