AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

# UNITED STATES DISTRICT COURT

AUG – 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

DAViD WADe Govang

**WAIVER OF INDICTMENT**

On Superseding Information

CASE NUMBER: *CR-07-00349-RMW*

I, ___DAVID WADe Govang___ , the above named defendant, who is accused of

*18 U.S.C. 2252(a)(4)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on ___August 6, 2007___ prosecution by indictment and consent that the pro-
                          *Date*

ceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before ___Ronald M. White___
              *Judicial Officer*