*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** August 6, 2007           **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00349-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- DAVID WADE GOVANG
         **APPEARANCES:**                        (P)

**PLTF:** AUSA: S. Yen              **DEFT:** J. Lipkin

**COURT ACTION:** ARRAIGNMENT/DISPOSITION

Hearing Held. The Court arraigned the defendant on the Superseding Information. Defendant waived reading and advisement of rights. A Waiver of Indictment was executed and accepted by the Court. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. The Court set a sentencing hearing for November 13, 2007 @ 9:00 am. The defendant shall remain on the same conditions of release pending sentencing.

*Jackie Garcia* (signature)

**JACKIE GARCIA**
**Courtroom Deputy**