**Jerry C. Lipkin** Bar No. 42948
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690
beleslaw@yahoo.com

Attorney for *Defendant David Govang*

# United States District Court
## Northern District of California
### San Jose Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-07-00349 RMW/RS |
| *Plaintiff*, | STIPULATION FOR MODIFICATION OF |
| vs. | PRETRIAL RELEASE CONDITIONS |
| DAVID GOVANG, | |
| *Defendant*. | *Speedy Trial Act Not Applicable* |

**STIPULATION FOR MODIFICATION OF
PRETRIAL RELEASE CONDITIONS**

Defendant, by and through counsel, moves for an order requesting that the Court modify the defendant's present pretrial release conditions and allow defendant use of his one and only home computer.

Defendant's current conditions of prerelease bond are:

- Not to have a passport;
- To have no access to or contact with minors;
- To have no access to the Internet except for taking the final examination for a music class.

It is stipulated that the current conditions of release on the prerelease bond be maintained with one modification regarding the use of the Internet:

That defendant be allowed access to and use of his one and only home computer, and

1  that Pretrial Services is allowed to install software on his home computer that monitors his use
2  of the computer and monitors where he goes online for the following purposes:
3  • To sign up for academic classes;
4  • To take Web based classes;
5  • To communicate with along-time adult friend in New Orleans.
6  **THE FOREGOING STIPULATION IS APPROVED.**
7  Dated: Oakland, California, Friday, August 17, 2007.

_____           _____
Shawna Yen                                 Jerry Lipkin
Assistant United States Attorney           Attorney for Defendant