**Jerry C. Lipkin** Bar No. 42948
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690
beleslaw@yahoo.com

Attorney for *Defendant David Govang*

# United States District Court
## Northern District of California
### San Jose Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>vs.<br><br>DAVID GOVANG,<br><br>*Defendant*. | Case No. CR-07-00349 RMW/RS<br><br>ORDER GRANTING MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br><br><br>*Speedy Trial Act Not Applicable* |

**ORDER GRANTING MODIFICATION OF
PRETRIAL RELEASE CONDITIONS**

IT IS HEREBY ORDERED that defendant's pretrial release conditions be modified regarding the following uses of the Internet:

Defendant is allowed access to and use of one home computer.

Defendant is allowed to have Pretrial Services install software on his one and only home computer that monitors his use of the computer and monitors when and where he goes online for the following purposes:

- To sign up for school classes
- To take Web based classes
- To communicate with a long-time personal adult friend in New Orleans

1 THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

2 Dated:  San Jose, California, _____.

_____
Richard Seeborg
United States District Magistrate Judge