1  Jerry C. Lipkin Bar No. 42948
   One Kaiser Plaza, Suite 2300
2  Oakland, California 94612-3642
   Tel No. (510) 836-0100
3  Fax. No. (510) 832-3690
   beleslaw@yahoo.com
4
   Attorney for *Defendant David Govang*



FILED

AUG 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California
San Jose Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GOVANG,<br><br>Defendant. | Case No.  CR-07-00349 RMW/RS<br><br>ORDER GRANTING MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br><br>Speedy Trial Act Not Applicable |

**ORDER GRANTING MODIFICATION OF
PRETRIAL RELEASE CONDITIONS**

IT IS HEREBY ORDERED that defendant's pretrial release conditions be modified regarding the following uses of the Internet:

Defendant is allowed access to and use of one home computer.

Defendant is allowed to have Pretrial Services install software on his one and only home computer that monitors his use of the computer and monitors when and where he goes online for the following purposes:

- To sign up for school classes
- To take Web based classes
- To communicate with a long-time personal adult friend in New Orleans

1

Stipulation for Modification of Pretrial Release Conditions

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: San Jose, California, _____August 20, 2007_____.

_____
Richard Seeborg
United States District Magistrate Judge

Stipulation for Modification of Pretrial Release Conditions