*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** November 13, 2007     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00349-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- DAVID WADE GOVANG
        **APPEARANCES:**                                   (P)

**PLTF:** AUSA: S. Yen     **DEFT:** J. Lipkin
        **PROBATION OFFICER:**     W. Iqbal

**COURT ACTION: JUDGMENT AND SENTENCING**

**Hearing Held. The Court sentenced the defendant to the custody of the B.O.P. for a period of 46 months as to Count 1 of the Information. Upon release from custody, the defendant shall be placed on supervised release for a period of 5 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The defendant is also ordered to pay a fine in the amount of $5,000. The defendant is ordered to self surrender to the designated facility or to U.S. Marshal's Office for this district on January 15, 2008 by 2:00 p.m. See Judgment for specifics.**

        /s/ Jackie Garcia
           JACKIE GARCIA
        **Courtroom Deputy**