11/19/2007 12:09 PM EDT

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | DAVID WADE GOVANG | DCAN507CR000349 US V GOVANG | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461002059 | 0 | PR | 100.00 | 11/13/2007 |

Division Payment Total    100.00

Grand Total    100.00

FILED
NOV 26 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$100.00 SPECIAL ASSESSMENT ON 11/13/07
PAID IN FULL

Page 1 of 1