*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. C-05-05205-RMW |
|---|---|
| Plaintiff-Respondent, | Related to: CR-07-00349-RMW |
| v. | ORDER SUMMARILY DISMISSING MOTION UNDER 28 U.S.C. § 2255 |
| DAVID MARC GOVANG, | |
| Defendant-Petitioner. | |

On October 20, 2009, David Marc Govang filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The motion seeks to set aside his conviction and sentence entered on November 14, 2007 on the basis that the judgment against him is void. The judgment was entered following Govang's plea of guilty pursuant to a plea agreement. Govang's argument is difficult to follow but he apparently claims that the statute under which he was prosecuted was not validity enacted. The motion is without merit and is hereby summarily dismissed pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.

The court does not find that the issue raised in movant's § 2255 motion warrants a certificate of appealability. The Clerk may close the file.

DATED: 11/30/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**ORDER SUMMARILY DISMISSING MOTION**
**CASE NOS. C-05-05205; CR-07-00349-RMW**

1
2
Copy of Order mailed on 12/1/10 to:

3
Shawna Yen
Assistant United States Attorney
150 Almaden Blvd., Suite 900
4
San Jose, CA 95113

5
    Attorney for Plaintiff-Respondent United States of America

6
7
David Govang #10723-111
FCI Fort Worth
PO Box 15530
8
Fort Worth, Texas 76119

9
    Defendant-Petitioner in Pro Se

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER SUMMARILY DISMISSING MOTION**
**CASE NOS. C-05-05205; CR-07-00349-RMW**